UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL CONDON, *et al.*,

        Plaintiffs,                  Case No. 10-cv-12011
                                        HON. GEORGE CARAM STEEH

vs.


SMELTZER ENTERPRISES, d/b/a
WHITE TOWER LAUNDRY & CLEANERS,
*et al.*,

        Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS [#9]

This matter has come before the court on defendants' motion to dismiss. The court heard oral argument by the parties on August 31, 2010. Now, therefore, for the reasons stated on the record,

IT IS HEREBY ORDERED that defendants' motion to dismiss is GRANTED and this cause of action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.


Dated: August 31, 2010

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 31, 2010 by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk